ACCEPTED
12-15-00220-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/16/2015 3:35:32 PM
Pam Estes
CLERK

## NO. 12-15-00220-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/16/2015 3:35:32 PM
PAM ESTES
Clerk

**IN THE**

**TWELFTH COURT OF APPEALS**

**TYLER, TEXAS**

**ANNA INMAN**

**Appellant,**

**v.**

**EQUABLE ASCENT FINANCIAL, LLC.**

**Appellee.**

On Appeal from the 392nd Judicial District Court of Henderson County, Texas, *EQUABLE ASCENT FINANCIAL, LLC v. Anna Inman*, Cause No. 2011B-1051

## UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee EQUABLE ASCENT FINANCIAL, LLC asks the Court to extend

the time to file its Appellee's Brief and will show the Court as follows:

### BACKGROUND

Appellee's Brief is due on December 18, 2015. Due to the reasons stated

below, Appellee requests additional time to file its Brief.

### ARGUMENT & AUTHORITIES

Appellee requests an additional thirty (30) days to file its Brief, extending the

deadline until January 18, 2016. Appellee needs additional time to file its Brief. Counsel for Appellee has taken over the handling of cases all over the State of Texas that were previously handled by Anh Regent, a Houston attorney who filed bankruptcy proceedings and closed his practice. This process has been chaotic and difficult due to hearings being set on a daily basis throughout the state with very little notice being provided to Appellee's clients. Counsel for Appellee is the lead counsel in these cases and this out of the ordinary scenario has delayed his ability to complete Appellee's brief.

Appellee requests a short extension of time to file Appellee's brief in order to be able to complete the preparation of a brief that is concise and aids the Court in analyzing this appeal.

No prior extensions of time have been granted to extend the deadline to file Appellee's Brief.

Appellee therefore requests an additional thirty (30) days to file its Brief. This Motion is requested in the interest of justice and is not brought with the intent to delay the proceedings of this matter.

## **PRAYER**

For these reasons, Appellee asks the Court to grant an extension of time to file Appellee's Brief until January 18, 2016.

Respectfully submitted,

_____

Dan G. Young
State Bar No. 22177250
JENKINS, WAGNON & YOUNG, P.C.
P.O. Box 420
Lubbock, Texas 79408
(806) 796-7351
Fax: (806) 771-8755
**ATTORNEYS FOR APPELLEE**

## VERIFICATION

STATE OF TEXAS

COUNTY OF LUBBOCK

Before me, the undersigned Notary Public, on this day personally appeared Dan G. Young, who being by me duly sworn on his oath, deposed and said that he is an attorney for Appellee in the above-entitled and numbered case; that he has read the above and foregoing Motion to Extend Time to File Appellee's Brief; and that every statement contained therein is within his personal knowledge and is true and correct.

_____
Dan G. Young

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 16th day of December, 2015.

JAMIE L CARLSON
Notary Public, State of Texas
Comm. Expires 07-20-2016
Notary ID 12035111

_____
NOTARY PUBLIC,
STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

On December 16, 2015, my office communicated with Richard Tomlinson regarding the filing of this Motion and he indicated that he was unopposed to such.

_____
Dan G. Young

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motion to Extend has been served via the Court's Electronic Filing System on this 16th day of December, 2015 on the following:

Richard Tomlinson
Lone Star Legal Aid
1415 Fannin Street
Houston, TX 77002

_____
Dan G. Young